UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TOMARCUS PORTER | CIVIL ACTION |
| VERSUS | NO. 22-4002 |
| BRIAN NICHOLAS, ET AL. | SECTION "A" (4) |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Plaintiff's failure to object to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and Recommendation of United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Tomarcus Porter's § 1983 claims against defendants Lieutenant Brian Nicholas, Master Sergeant Caleb LeMaire, Master Sergeant Dustin Luper, Lieutenant Colonel Wade Rigdon, and Colonel Donnie Seal be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915 and § 1915A as frivolous and otherwise for failure to state a claim for which relief can be granted.

August 8, 2023

_____
UNITED STATES DISTRICT JUDGE

---

[1] The original deadline for objections to the Report and Recommendation was July 7, 2023. The plaintiff asked for an extension of time until July 26, 2023. The Court extended the deadline to July 31, 2023, but no objection has been filed. But to be clear, the Court is not persuaded that any arguments that the plaintiff could have raised in an objection would have saved the claims being dismissed, which failed on the pleadings as a matter of law.